IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-06-BU-DLC |
| Plaintiff, | |
| vs. | **ORDER** |
| MAX EDWARD SAMANIEGO, | |
| Defendant. | |

Defendant appeared before the Court on February 21, 2020, for a detention hearing. For reasons discussed on the record, Defendant shall be released pending the hearing on final revocation of supervised release under the terms and conditions of his Supervised Release.

DATED this 21st day of February, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge